

FILED
NOV 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | 07CR 783 JUDGE KENNELLY |
|---|---|
| v. | Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |
| JAIME BARRAZA CRUZ | MAGISTRATE JUDGE DENLOW |

The UNITED STATES ATTORNEY charges:

On or about August 5, 2007, at El Paso, Texas, in the Northern District of Illinois, Eastern Division,

JAIME BARRAZA CRUZ,

defendant herein, an alien who previously had been deported and removed from the United States on or about April 13, 2007, and December 20, 1997, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

_____
UNITED STATES ATTORNEY