## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 783 | **DATE** | 12/3/2007 |
| **CASE TITLE** | USA vs. Jaime Cruz | | |

**DOCKET ENTRY TEXT**

Arraignment held.  Defendant enters a plea of not guilty to all counts of the information .   Defendant waives the right to prosecution by indictment. Waiver of indictment signed in open court. Change of plea set to 12/19/2007 at 2:30 PM.   Ordered time excluded pursuant to 18 U.S.C. 3161(h)(1)(F). (X-E)

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|