AO 455 (Rev. 5/85) Waiver of Indictment

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JAIME BARRAZA CRUZ

WAIVER OF INDICTMENT

CASE NUMBER: 07 CR 783

FILED
DEC 03 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, Jaime Barraza Cruz, the above named defendant, who is accused of unlawful reentry after deportation, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _October 22, 2007_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
~~John A. Meyer~~ Thomas Monk Leinenweber
Counsel for Defendant

Before _____
Judicial Officer