## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 783 | **DATE** | 12/19/2007 |
| **CASE TITLE** | USA vs. Jaime Barraza-Cruz | | |

**DOCKET ENTRY TEXT**

Defendant withdraws plea of not guilty and enters a plea of guilty to Count One of the Information. Enter finding of guilty.  Case referred to the Probation Office for the preparation of a presentence report. Sentencing set to 4/2/2008 at 1:30 PM.

00:40

| | Courtroom Deputy Initials: | OR |
|---|---|---|