IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 07 CR 783-1 ) |
| JAIME BARRAZA CRUZ, | ) The Honorable Matthew Kennelly ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:   The Honorable Patrick Fitzgerald
      United States Attorney
      219 South Dearborn
      5th Floor
      Chicago, Illinois 60604
      Attention: Jackie Stern

   PLEASE take notice that on April 2, 2008, at 1:30 p.m. I will present the attached **JAIME BARRAZA CRUZ'S MOTION TO CONTINUE THE SENTENCING DATE** before the Honorable Matthew Kennelly in courtroom 1225 of the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, a copy of which is hereby served upon you.

                         By:   s/Thomas More Leinenweber
                               Thomas More Leinenweber

## PROOF OF SERVICE

   I, Thomas More Leinenweber, an attorney, swear I served a copy of the above-referenced documents on the parties on the attached service list via e-mail on April 1, 2008.

                         By:   s/Thomas More Leinenweber
                               Thomas More Leinenweber

Leinenweber & Baroni, LLC
321 South Plymouth Court
Suite 1515
Chicago, Illinois 60604
(312) 663-3003