IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 07 CR 783-1 ) ) Judge Matthew Kennelly |
| JAIME BARRAZA CRUZ, | ) ) |
| Defendant. | ) |

### NOTICE OF FILING

To: The Honorable Patrick Fitzgerald
United States Attorney
219 South Dearborn
5th Floor
Chicago, Illinois 60604
Attention: Jackie Stern

Todd McKechnie
United States Probation
55 East Monroe
15th Floor
Chicago, Illinois 60603

PLEASE take notice that on April 11, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached **SENTENCING MEMORANDUM OF DEFENDANT JAIME BARRAZA CRUZ**, copies of which is hereby served upon you.

    s/Thomas More Leinenweber
    Thomas More Leinenweber

1

## PROOF OF SERVICE

I, Thomas More Leinenweber, an attorney, swear I served a copy of the above-referenced documents on the parties on the attached service via e-mail on April 11, 2008.

s/Thomas More Leinenweber
Thomas More Leinenweber

Thomas More Leinenweber
Leinenweber & Baroni, LLC
321 South Plymouth Court
Suite 1515
Chicago, Illinois 60604
(312) 663-3003