

# Certificate of Completion

Awarded to

*Jaime Barraza-Cruz, Reg. No. 04872-424*

for successfully completing the

**Drug Abuse Education Class (Spanish)**
*Choice and Change*

on this 2nd day of August, 2002

at the

*Federal Correctional Complex, FCI-Medium*
*Beaumont, Texas*

D. Metoyer, Instructor
Drug Treatment Specialist

S. Shelton, Psy.D
DAP Coordinator



# Certificate of Completion

**MTC** Success For Life®

*awarded to:*

**Barraza-Cruz, Jaime**

Has completed in a satisfactory manner the Correspondence Course of Study as prescribed for

**Alternatives to Addictions**

G. Stephenson LCDC, Post, Texas

November 16, 2006
Date





MTC Success for Life℠

# Certificate of Completion

awarded to:

## Barraza-Cruz, Jaime

has completed in a satisfactory manner the Course of Study as prescribed for

**Reasoning and Rehabilitation**

January 19, 2006
Date

J. Michels, MA LPC, Post, Texas



STATE OF KANSAS
BOARD OF EDUCATION

Kansas State High School

Diploma

AWARDED TO

Jaime Barraza-Cruz

This certifies that the holder of this diploma has successfully completed the General Educational Development Tests with a score indicating achievement in general education areas comparable to that obtained in four years of high school. By official action of the State Board of Education in recognition of this achievement, this diploma is hereby awarded.

COMMISSIONER OF EDUCATION

STATE GED ADMINISTRATOR

DATED THIS 20TH DAY OF August 1994