IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>   Plaintiff,                   )<br>                                ) No. 07 CR 783-1<br>      v.                        )<br>                                ) Judge Matthew Kennelly<br>JAIME BARRAZA CRUZ,             )<br>                                )<br>   Defendant.                   ) | |

**NOTICE OF FILING**

To:  The Honorable Patrick Fitzgerald
     United States Attorney
     219 South Dearborn
     5th Floor
     Chicago, Illinois 60604
     Attention: Jackie Stern

     Todd McKechnie
     United States Probation
     55 East Monroe
     15th Floor
     Chicago, Illinois 60603

   PLEASE take notice that on April 11, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached **SENTENCING DOCUMENTS**, copies of which is hereby served upon you.

                                     s/Thomas More Leinenweber
                                     Thomas More Leinenweber

1

## PROOF OF SERVICE

I, Thomas More Leinenweber, an attorney, swear I served a copy of the above-referenced documents on the parties on the attached service via e-mail on April 11, 2008.

s/Thomas More Leinenweber
Thomas More Leinenweber

Thomas More Leinenweber
Leinenweber & Baroni, LLC
321 South Plymouth Court
Suite 1515
Chicago, Illinois 60604
(312) 663-3003