UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 783 |
| | ) | Judge Matthew F. Kennelly |
| JAIME BARRAZA CRUZ | ) | |

**<u>GOVERNMENT'S FILING OF DEFENDANT'S LETTER</u>**

The UNITED STATES OF AMERICA, by and through its attorney, PATRICK F. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby files a letter that was submitted by the defendant at the sentencing hearing.

A sentencing hearing in this matter was held on April 15, 2008. During the sentencing hearing, the defendant presented a letter, signed by the defendant, as part of his sentencing elocution. The defendant's attorney read the letter aloud in Court. The government is filing a copy of that letter so that the written document becomes part of the record. The government will give the original letter to the U.S. Probation Department.

        Respectfully submitted,

        PATRICK F. FITZGERALD
        United States Attorney

BY:   *S/ Jacqueline Stern*
        JACQUELINE STERN
        Assistant United States Attorney
        219 South Dearborn, Suite 5000
        Chicago, Illinois 60604
        312/353-5329

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**GOVERNMENT'S FILING OF DEFENDANT'S LETTER**

was served pursuant to the district court's ECF system as to ECF filers.

                    *s/Jacqueline Stern*
By:   JACQUELINE STERN
       Assistant United States Attorney
       219 S. Dearborn Street
       Chicago, Illinois 60604
       (312) 353-5329