March 27, 2008

TO: Judge Matthew F. Kennelly

RE: 90 CR 457

Dear Judge Kennelly:

I did not return to America to break the law. I came to see my grand children. I understand that I was told to not come back, but I did and I apoligize. I have tried to use my time at the MCC productively, and have improved my english skills, and learned more about the law. I think I understand that after a recent Supreme Court case GALL that you have more power than ever to sentence me as you see necessary to comply under 3553(a).

I ask for mercy, that I totally understand that I am never to return to the U.S. again! My daughter has supported me and said that she will bring my grand children to me in Mexico. I will never return, I get it now! I get it completely! Judge, I need to get home to my Wife for she has cancer, and I am the only one left to help her out. I failed her and my grandchildren and my whole family by coming to visit with my grandchildren. I should have pushed for them to come to me in Mexico. I was wrong and I am truly remorseful. I left my life of law breaking long ago, and I did not return here to break law||. I am sorry. I will never return again. Please send me home to my wife as soon as possible.

Earnestly,

Jamie Barraza Cruz