# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 783 | **DATE** | 4/15/2008 |
| **CASE TITLE** |  | USA vs. Jaime Cruz | |

**DOCKET ENTRY TEXT**

Sentencing held.  Clerk of Court is directed to term all pending motions and deadlines.

Docketing to mail notices.

01:20

| | Courtroom Deputy Initials: | OR |
|---|---|---|