IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 07 CR 783-1 |
| v. | ) |
| | ) Judge Matthew Kennelly |
| JAIME BARRAZA CRUZ, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S NOTICE OF APPEAL

Defendant, Jaime Barraza Cruz, by his attorney, Thomas More Leinenweber, hereby gives notice to the United States of America of his intention to appeal to the United States Court of Appeals for the Seventh Circuit. This is an appeal of the final judgment of conviction and of Judge Matthew Kennelly's sentence of April 15, 2008, sentencing Cruz to sixty-four (64) months in the custody of the Federal Bureau of Prisons and thirty-six (36) months of supervised release.

Respectfully submitted,

s/Thomas More Leinenweber
Thomas More Leinenweber

Thomas More Leinenweber
Leinenweber & Baroni, LLC
321 South Plymouth Court, Suite 1515
Chicago, Illinois 60604
(312) 663-3003