## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 07 CR 783-1 |
| v. | ) |
| | ) Judge Matthew Kennelly |
| JAIME BARRAZA CRUZ. | ) |
| | ) |
| Defendants. | ) |

### DOCKETING STATEMENT

This is a direct appeal from a criminal conviction and sentence in federal district court. The criminal prosecution was brought pursuant to 8 U.S.C. ¶¶1326(a) and (b)(2) and 6 U.S.C. ¶202(4). .

The jurisdiction of the district court was authorized pursuant to 18 U.S.C. Section 3231. The Court of Appeals for the Seventh Circuit has jurisdiction pursuant to 28 U.S.C. Section 1291 and 18 U.S.C. Section 3742(a).

The final order in this case was entered on April 15, 2008. Notice of Appeal was timely filed by defendant on April 24, 2008.

Respectfully submitted,

s/Thomas More Leinenweber
Thomas More Leinenweber

Thomas More Leinenweber
Leinenweber & Baroni, LLC
321 South Plymouth Court, Suite 1515
Chicago, Illinois 60604
(312) 663-3003