IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 07 CR 783-1 |
| v. | ) |
| | ) Judge Matthew Kennelly |
| JAIME BARRAZA CRUZ, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF FILING**

To: Jackie Stern
Assistant U.S. Attorney
219 South Dearborn
5th Floor
Chicago, Illinois 60604

PLEASE take notice that on April 24, 2008, I filed with the United States District Court Clerk for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois the attached **DEFENDANT JAIME BARRAZA CRUZ'S NOTICE OF APPEAL and DOCKETING STATEMENT**, copies of which are hereby served upon you.

s/Thomas More Leinenweber
Thomas More Leinenweber

**PROOF OF SERVICE**

I, Thomas More Leinenweber, an attorney, swear I served a copy of the above-referenced documents on the parties on the attached service list via U.S. Mail on April 24, 2008.

s/Thomas More Leinenweber
Thomas More Leinenweber

Thomas More Leinenweber
Leinenweber & Baroni, LLC
321 South Plymouth Court, Suite 1515
Chicago, Illinois 60604
(312) 663-3003